WILLIAM KUNZ, Respondent, *v.* THE BUFFALO AND WILLIAMSVILLE ELECTRIC RAILWAY COMPANY, Appellant.

*Kunz* v. *Buffalo & Williamsville Electric Ry. Co.*, 151 App. Div. 895, affirmed.
(Submitted January 28, 1914; decided February 24, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 6, 1912, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at an Equity Term in an action to restrain the defendant from maintaining its tracks in a street in front of plaintiff's premises and for damages.

*W. C. Carroll* for appellant.

*Frank F. Williams* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, HOGAN and MILLER, JJ.